| | |
|---|---|
| 1 | LAW OFFICE OF P. RANDALL NOAH |
| | P. RANDALL NOAH (State Bar No. 136452) |
| 2 | 21 Orinda Way, Suite C, #316 |
| | Orinda, California 94563 |
| 3 | Telephone: (925) 253-5540 |
| | Facsimile: (925) 253-5542 |
| 4 | E-Mail: pnoah@ix.netcome.com |

Attorney for Plaintiff
DONALD STOCKS

KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. Pangborn (State Bar No. 282533)
JAMES SMITH (State Bar No. 190050)
KENDRA CHAPMAN (State Bar No. 294030)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-Mail: spangborn@kilpatricktownsend.com
james.smith@kilpatricktownsend.com
kchapman@kilpatricktownsend.com

Attorneys for Defendant
AT&T SERVICES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD STOCKS, | Case No. 16-cv-07392-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | Honorable Edward M. Chen |
| Defendant. | Complaint filed December 29, 2016 |

1     Plaintiff Donald Stocks and Defendant AT&T Umbrella Benefit Plan No. 1 hereby

2 stipulate and agree as follows:

3     This action shall be dismissed in its entirety, with prejudice, with each party to bear its

4 own attorneys' fees and costs.

5     IT IS SO STIPULATED, through counsel of record.

7 Dated: November 10, 2017      LAW OFFICES OF P. RANDALL NOAH

9      By:     /s/ *P. Randall Noah*
                    P. Randall Noah

Attorney for Plaintiff
DONALD STOCKS

13 Dated: November 10, 2017      KILPATRICK TOWNSEND & STOCKTON LLP

15      By:     /s/ *Susan W. Pangborn*
                    Susan W. Pangborn

Attorney for Defendant
AT&T SERVICES, INC.

## ATTESTATION REGARDING SIGNATURE

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

Dated: November 10, 2017

                                                    /s/ *Susan W. Pangborn*
                                                        Susan W. Pangborn

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT this action shall be dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 11/17/17 _____



13576492V.1